FILED
OCT 3 0 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| PATTY JO HAUS, | ) | **4:13CR456 JAR/TIA** |
| | ) | |
| Defendants. | ) | |
| | ) | |

### INDICTMENT

### COUNT I:

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but including April and May of 2012 through the date of this indictment, with the exact dates unknown to this Grand Jury, in Jefferson County, and elsewhere within the Eastern District of Missouri, and elsewhere, the defendant,

**PATTY JO HAUS,**

did knowingly and intentionally conspire, combine, confederate and agree with other persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to knowingly and intentionally possess pseudoephedrine, a List I chemical, with the intent to manufacture a controlled substance, to wit: methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(1).

All in violation of Title 21, United States Code, Section 846 and punishable under Title 21, United States Code, Section 841(c).

## COUNT II:

The Grand Jury further charges that:

Between January 1, 2009, and the date of this indictment in Jefferson County and elsewhere within the Eastern District of Missouri, the defendant,

### PATTY JO HAUS,

did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe that it will be used to manufacture a controlled substance, to wit: methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(2), and punishable under Title 21, United States Code, Section 841(c).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
JOHN R. MANTOVANI #50867MO
Special Assistant United States Attorney